**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Penisimani Fulivaka and Halisi Fulivaka,

Plaintiffs,

vs.

Associates First Financial f/k/a
Arcadia Financial,

Defendant.

Court File No. 01-172 DSD/JMM

**STIPULATION TO EXTEND TIME AND ORDER**

Plaintiffs and Defendant, through their duly authorized counsel of record, hereby stipulate and agree as follows:

1. Defendant Arcadia Financial Ltd. may have until and including March 23, 2001, to answer, plead or otherwise respond to the Plaintiffs' Complaint in this action.

2. The parties join in requesting that the Court enter the attached proposed Order granting this extension of time.

Dated: March 6, 2001

FAEGRE & BENSON LLP

Ahna M. Thoresen, #270659
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorneys for Defendant

MAR - 7 2001

Dated: 3/5/01, 2001

CONSUMER JUSTICE CENTER, P.A.

Thomas J. Lyons, Jr.
1560 Beam Avenue
Suite A
Maplewood, MN 55109-1171
Phone: 651/770-9707

Attorneys for Plaintiffs

M2:20372542.01

**ORDER**

Pursuant to the foregoing Stipulation, it is hereby ordered that Defendant Arcadia Financial Ltd. shall have until and including March 23, 2001, to answer, plead or otherwise respond to Plaintiffs' Complaint in this action.

Dated: 3/7, 2001

Magistrate Judge John M. Mason
United States District Court

M2:20372542.01