UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-172(DSD/JMM)

Penisimani Fulivaka, et al.,

Plaintiffs,

v.

**ORDER OF REFERENCE**

Associates First Financial,

Defendant.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge John M. Mason is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendant's motion to dismiss in this matter. Any such motion shall be noticed for hearing before Magistrate Judge John M. Mason.

Dated: March 26, 2001

David S. Doty, Judge
United States District Court

FILED 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______