**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Penisimani Fulivaka and Halisi Fulivaka,

Plaintiffs,

vs.

Associates First Financial f/k/a
Arcadia Financial,

Defendant.

Court File No. 01-172 DSD/JMM

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

**IT IS HEREBY STIPULATED** and agreed to by and between the parties, through their respective undersigned counsel, that the above-entitled action, and all claims that were or could have been asserted therein, shall be and hereby are dismissed with prejudice and on the merits, without costs to any party. The parties also agree that the Court may enter the Order set forth below.

Dated: August 8, 2001

FAEGRE & BENSON LLP

[signature]

Wendy J. Wildung, #117055
Ahna M. Thoresen, #270659

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant
Arcadia Financial Ltd.

(10)

FILED 8-9-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 8-9-01
Deputy Clerk's Initials JK

Dated: 8/5, 2001

CONSUMER JUSTICE CENTER, P.A.

Thomas J. Lyons, Jr.
342 East County Road D
Little Canada, MN 55117
Phone: 651/770-9707

Attorneys for Plaintiffs Penisimani Fulivaka and Halisi Fulivaka

* * *

**ORDER**

Upon the foregoing Stipulation,

**IT IS SO ORDERED.**

Dated: August 9, 2001

Judge David S. Doty
United States District Court

LET JUDGMENT BE ENTERED ACCORDINGLY.

M2:20394604.01

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500